RECEIVED

SEP 2 7 2011

TONY R. MOORE, CLERK
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DANIEL ENNIS, JR.<br>LA. DOC # 159225<br>VS. | CIVIL ACTION NO. 3:11-cv-0749<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| DR. JOHN LITTLES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking damages from a defendant who is immune from suit, in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this _24_ day of _Sept_, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE